UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marc A. Earley,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NDOC, *et al.*,<br><br>　　　　Defendants. | Case No.  2:23-cv-01960-JAD-EJY<br><br>**ORDER** |

On June 21, 2024, the Court received mail sent to Plaintiff's address on record stating Plaintiff is no longer incarcerated at HDSP. ECF No. 4. The Court finds Plaintiff's June 14, 2024 letter shows Plaintiff is now housed at Northern Nevada Correctional Center. ECF No. 3. The Nevada Department of Corrections inmate database also shows Plaintiff is incarcerated in the Northern Nevada Correctional Center.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court **must** update the docket to reflect Plaintiff's current address of: **Northern Nevada Correctional Center, P.O. Box 7000, Carson City, NV 89702**.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff a copy of the Court's Minute Order, ECF No. 3, to his Northern Nevada Correctional Center address.

DATED this 15th day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE