UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARC A. EARLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>NDOC, *et al.*,<br><br>        Defendants. | Case No. 2:23-cv-01960-JAD-EJY<br><br>**ORDER** |

The Court is in receipt of the Nevada Attorney General's Notice Regarding Acceptance of Service (ECF No. 17). The Attorney General is unable to accept service on behalf of Dr. Brown or the unnamed Medical Director. *See id*.

Accordingly, IT IS HEREBY ORDERED that Plaintiff **must** provide additional information regarding the Medical Director to whom he refers and a first name for the individual he identifies as "Dr. Brown," no later than **October 31, 2024**, by filing the same with the Court. Any additional information, such as a job title, responsibilities, in what capacity Plaintiff interacted with these individuals, and the dates of those interactions may help with identification.

IT IS FURTHER ORDERED that failure to provide additional information or information sufficient to allow identification of these Defendants may lead to the dismissal of Dr. Brown and the Medical Director based on a failure to serve them in accordance with Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 3rd day of October, 2024.

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE