1  AARON D. FORD
     Attorney General
2  JEFFREY D. WHIPPLE (Bar No. 16346)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Ste. 100
   Las Vegas, Nevada 89119
5  (702) 486-3792 (phone)
   (702) 486-3768 (fax)
6  Email: jwhipple@ag.nv.gov

7  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MARC EARLEY, | Case No. 2:23-cv-01960-JAD-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| NDOC, *et al.*, | |
| Defendants. | ECF No. 26 |

IT IS HEREBY STIPULATED by and between Plaintiff, Marc Earley, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

Page 1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of Nov, 2024.

By: /s/ Marc Earley
MARC EARLEY
Plaintiff

DATED this 6th Day of November, 2024.

AARON D. FORD
Attorney General

By: /s/ Jeffrey D. Whipple
JEFFREY D. WHIPPLE (Bar No. 16346)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 5, 2024.

_____
UNITED STATES DISTRICT JUDGE